# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**LAMAR WOODS,**

   *Plaintiff*,

v.                                                             Case No.: 5:24cv119-MW/MJF

**DANIELLA K. JONES, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 15, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for maliciousness and abuse of the judicial process under 28 U.S.C. § 1915A(b)(1)." The Clerk shall close the file.

**SO ORDERED** on November 26, 2024.

                                                  <u>s/Mark E. Walker          </u>
                                                  **Chief United States District Judge**